UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>v.<br><br>TOLEMAN JOHNSON,<br>　　Defendant. | CRIMINAL NO. 6:13–CR–34–KKC<br><br><br>ORDER |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on Magistrate Judge Hanley A. Ingram's Recommended Disposition regarding the Defendant Toleman Johnson's supervised release conditions. (DE 373.) The Defendant has responded that he does not object to the Recommended Disposition and has waived his right to allocution. (DE 374.) Accordingly, the Court **HEREBY ORDERS**:

(1) the Magistrate Judge's Recommended Disposition (DE 373) is **ADOPTED** as and for the opinion of the Court

(2) the Court further recommends that Defendant be allowed to serve his term of incarceration at camp at USP McCreary or FCI Manchester, whichever is closest to his home, and that he be allowed to serve as much time as is deemed reasonable while in a halfway house;

(3) a judgment consistent with this Order shall be entered.

Dated May 1, 2018.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

1